THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent, *v.* EGBURT E. WOODBURY et al., Constituting the State Board of Tax Commissioners, Appellants.

*People ex rel. N. Y. C. & H. R. R. R. Co.* v. *Woodbury*, 187 App. Div. 962, affirmed.

(Argued January 7, 1920; decided January 27, 1920.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered March 12, 1919, which affirmed an order of Special Term canceling special franchise tax assessments against the relator in the city of Troy based upon " track lengthwise in River street and across Monroe and Madison streets." Relator contended that at the time the relator's lessor acquired its right of way, the streets named in the assessment were not in existence as public highways; that the railroad company was, therefore, the prior occupant; that if the said streets thereafter became public highways the railroad company did not by reason of such fact become the owner of a special franchise, and that if the said streets were at any time public highways they had ceased to be public highways because of the fact that they had been closed and discontinued for a period of more than six years prior to the date of making assessment.

*Charles D. Newton, Attorney-General,* for State Board of Tax Commissioners, appellants.

*Thomas H. Guy, Corporation Counsel (G. B. Wellington* of counsel), for City of Troy.

*George H. Walker.* and *Alexander S. Lyman* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ.